IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ZACK MORRIS | ) | CV. NO. 11-00560 ACK-BMK |
| | ) | |
| Plaintiff, | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO |
| vs. | ) | DISMISS THIS ACTION |
| KYLE L. DUQUETTE | ) | WITHOUT PREJUDICE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION TO
<u>DISMISS THIS ACTION WITHOUT PREJUDICE</u>

On September 16, 2011, this action was removed to this Court. On that same day, the Court issued its Order Setting Rule 16 Scheduling Conference, which noted that a Rule 16 Scheduling Conference was set for hearing on October 17, 2011 at 9:00 a.m. before Judge Barry M. Kurren. Pursuant to that Order, Plaintiff was ordered to attend the Rule 16 Scheduling Conference and to file a Scheduling Conference Statement pursuant to Local Rule 16.2(b). The Order also noted that "[f]ailure to file and/or attend will result in imposition of sanctions (including fines or dismissal) . . . ."

The Court was prepared to hold the Rule 16 Scheduling Conference as scheduled, on October 17, 2011 at 9:00 a.m. However, Plaintiff did not appear and did not make arrangements to participate by phone. Plaintiff also failed to file a

1

Scheduling Conference Statement.

On October 18, 2011, the Court issued an Order to Show Cause, asking Plaintiff to "to show good cause, if any, why sanctions, including dismissal of this case, should not be imposed for his failure to appear at the Rule 16 Scheduling Conference, to file a Scheduling Conference Statement, and to prosecute this case."  (Doc. # 7 at 2.)  The Court scheduled a Show Cause Hearing on November 10, 2011 at 2:30 p.m.  On November 10, 2011, the Court was prepared to hold the Show Cause Hearing, but Plaintiff did not attend and did not make plans to participate by phone.  Therefore, this Court FINDS and RECOMMENDS that the case be DISMISSED without prejudice for failure to prosecute.

DATED:  Honolulu, Hawaii, November 15, 2011

IT IS SO FOUND AND RECOMMENDED.



 /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Morris v. Duquette, Civ. No. 11-00560 ACK-BMK, FINDINGS AND
RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE