IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ZACK MORRIS, | ) | CIV NO. 11-00560 ACK-BMK |
| Plaintiff(s), | ) | |
| vs. | ) | |
| KYLE L. DUQUETTE, | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 15, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss This Action Without Prejudice" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 6, 2011.



_____
Alan C. Kay
Sr. United States District Judge

Morris v. Duquette, Civ. No. 11-00560 ACK-BMK: Order Adopting F&R.